UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LIANET B. BATISTA, on behalf of
themselves and on behalf of all others
similarly situated and LUCY GALVEZ,
on behalf of themselves and on behalf of
all others similarly situated,

    Plaintiffs,

v.                                          Case No:  8:18-cv-322-T-33AEP

SANTO COYOTE, INC. and
MARTIN JIMENEZ,

    Defendants.
_____/

## ORDER

This matter comes before the Court upon Plaintiffs' Motion for a Writ of Garnishment (Doc. 20). By the instant motion, Plaintiffs request issuance of writ of garnishment to Bank of America, N.A. This Court has entered judgment in favor of Plaintiffs and against the Original Judgment Debtor, SANTO COYOTE, INC., in the amount of $63,103.26 plus interest (Doc. 19). The Judgment remains unsatisfied.

Accordingly, after due consideration, it is hereby

ORDERED:

1.  Plaintiffs' Motion for a Writ of Garnishment (Doc. 20) is GRANTED.

2. The Clerk is directed to issue the writ of garnishment as set forth in Plaintiffs' proposed writ of garnishment (Doc. 20-1).

DONE AND ORDERED in Tampa, Florida, on this 14th day of May, 2019.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

Copies furnished to:
Counsel of Record for Plaintiffs